DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3859
Facsimile: (415) 554-4248
E-Mail: margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORAN,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1021 CTW CLC, CITY AND COUNTY OF SAN FRANCISCO, MARCUS SANTIAGO,<br><br>Defendants. | Case No. CV 09-1128 TEH<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and among the parties through their respective counsel that the initial case management conference in this action currently scheduled for June 29, 2009 at 1:30 p.m. be continued to July 6, 2009 at 1:30 p.m. or as soon thereafter as an initial case management conference can be held.

The continuance of the initial case management conference is warranted because Deputy City Attorney Margaret Baumgartner, lead counsel for Defendant City and County of San Francisco, currently is in trial in San Francisco Superior Court and because of her trial schedule has been unable

to meet and confer with counsel for the other parties in this action to prepare a joint case management conference statement or to appear at the initial case management conference.

The parties request that the Court continue the case management conference to July 6, 2009 at 1:30 p.m.

Dated: June 24, 2009

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorneys

By:________________________
JONATHAN C. ROLNICK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 24, 2009

A.K. ABRAHAM
GREENE, CHAUVLE, DESCALSO & MINOLETTI

By:________________________
A.K. ABRAHAM

Attorneys for Plaintiff
MICHAEL HORAN

Dated: June 24, 2009

VINCENT A. HARRINGTON, JR.
WEINBERG, ROGER & ROSENFELD

By:________________________
VINCENT A. HARRINGTON, JR.

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL, UNION LOCAL 1021

to meet and confer with counsel for the other parties in this action to prepare a joint case management conference statement or to appear at the initial case management conference.

The parties request that the Court continue the case management conference to July 6, 2009 at 1:30 p.m.

Dated: June 24, 2009

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorneys

By:________________________
JONATHAN C. ROLNICK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 24, 2009

A.K. ABRAHAM
GREENE, CHAUVLE, DESCALSO & MINOLETTI

By:________________________
A.K. ABRAHAM

Attorneys for Plaintiff
MICHAEL HORAN

Dated: June 24, 2009

VINCENT A. HARRINGTON, JR.
WEINBERG, ROGER & ROSENFELD

By:________________________
VINCENT A. HARRINGTON, JR.

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1021

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED that the initial case management conference scheduled for June 29, 2009 at 1:30 p.m. has been continued to July 6, 2009 at 1:30 p.m. before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties shall submit a joint case management conference statement not less than 7 days prior to the conference.

Dated: June ~~24~~ 25, 2009

By: ______________________
THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

STIP & [Proposed] ORDER CONT. CMC
INSERT CASE NO. 09-1128 TEH

3

n:\labor\li2009\091197\00564574.doc