VINCENT A. HARRINGTON, JR., Bar No. 071119
ANTONIO RUIZ, Bar No. 155659
KERIANNE R. STEELE, Bar No. 250897
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendant
Service Employees International Union, Local 1021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MICHAEL HORAN,<br><br>    Plaintiff<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1021, CTW CLC; CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO,<br><br>    Defendants. | No.   CV 09-1128 (TEH)<br><br>**REQUEST FOR JUDICIAL NOTICE OF DEFENDANT SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021 [FRE § 201]**<br><br>Date:    August 31, 2009<br>Time:    10:00 a.m.<br>Courtroom:  12<br>Judge:    Hon. Thelton E. Henderson |

Pursuant to Federal Rule of Evidence § 201, Defendant Service Employees International Union, Local 1021 ("SEIU"), requests that the Court take judicial notice of the following legislative or statutory enactments of the State of California:

    1.    Portions of the Charter of the City and County of San Francisco, including the Preface, the Preamble and Articles I through and including Article VI, true and correct copies of which are attached hereto as Exhibit A;

    2.    Provisions of the California Constitution, Article 11, Sections 1 through and including 6, true and correct copies of which are attached hereto as Exhibit B;

    3.    The provisions of California Government Code Section 23138, establishing the

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Request for Judicial Notice of Defendant Service Employees International Union, Local 1021
(Case No. C-09-1128 MEJ)

boundaries of the City and County of San Francisco, true and correct copies of which are attached hereto as Exhibit C.

Dated: July 22, 2009

Respectfully submitted,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Vincent A. Harrington, Jr.
VINCENT A. HARRINGTON, JR.
Attorneys for Defendant
Service Employees International Union, Local 1021

121865/534133

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001