1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    MICHAEL HORAN,

6                           Plaintiff,                    NO. C09-1128 TEH

7    v.                                                   ORDER VACATING
                                                          AUGUST 31, 2009 HEARING
8    SERVICE EMPLOYEES                                    AND ORDER TO SHOW CAUSE
     INTERNATIONAL UNION
9    LOCAL 1021, et al.,

10                          Defendants.

11

12        Defendant Service Employees International Union Local 1021 ("SEIU") filed a

13   motion for partial summary judgment or summary adjudication on July 23, 2009, and noticed

14   its motion for hearing on August 31, 2009.  Under Civil Local Rule 7-3(a), Plaintiff's

15   opposition or statement of non-opposition was therefore due on August 10, 2009.  To this

16   date, Plaintiff has not filed any response to the SEIU's motion.

17        On August 11, 2009, this Court's courtroom deputy telephoned and left a voice-mail

18   message for Plaintiff's counsel to inquire about the missing filing.  Plaintiff's counsel never

19   returned the call.

20        On August 19, 2009, the SEIU filed a request for submission of its motion without

21   oral argument.  In its request, the SEIU indicated that it also had not received any opposition

22   papers from Plaintiff, nor had Plaintiff requested any extension of time.

23        With good cause appearing based on the above procedural history, IT IS HEREBY

24   ORDERED that the August 31, 2009 motion hearing is VACATED.

25        IT IS FURTHER ORDERED that Plaintiff shall SHOW CAUSE as to why this case

26   should not be dismissed for failure to prosecute.  It appears from the above history that

27   Plaintiff has abandoned this case.  If Plaintiff fails to file a written response to this order to

28   show cause on or before **August 25, 2009,** then this matter shall be dismissed with prejudice.

United States District Court
For the Northern District of California

1   If Plaintiff files a timely written response, then the Court will consider such response and

2   issue a subsequent case management order, which may include a possible hearing for

3   sanctions.

4

5   **IT IS SO ORDERED.**

6

7   Dated:   08/20/09

8   THELTON E. HENDERSON, JUDGE
    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2