A.K. ABRAHAM, ESQ. SBN # 086870
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402
TELEPHONE: 650-573-9500
FACSIMILE: 650-573-9689

Attorneys for Plaintiff
MICHAEL HORAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| MICHAEL HORAN,<br><br>  Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1021 CTW CLC, CITY AND COUNTY OF SAN FRANCISCO, MARCUS SANTIAGO,<br><br>  Defendants. | Case No.: CV 09-1128 TEH<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE [Proposed] |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause appearing, IT IS HEREBY ORDERED that the instant action be dismissed in its entirety, without prejudice, each party to bear their own costs and attorneys' fees.

Dated: August 26, 2009

_____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson

ORDER OF DISMISSAL WITHOUT PREJUDICE [Proposed]   USDC CASE NO. CV 09-1128 TEH