United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HORAN,                                              No. C 10-01383 MHP

        Plaintiff(s),                                       **REFERRAL ORDER**

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant(s).
_____/

    Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Thelton E. Henderson for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a) to C 09-1128 TEH *Michael Horan -v- Service Employees International Union Local 1021 et al.*

Dated: 4/14/2010

                                                  MARILYN HALL PATEL
                                                  United States District Court Judge

Case No. C 10-01383 MHP                                              April 14, 2010

SERVICE LIST *(Plaintiff is instructed to serve the attached court document on all defendants NOT listed below)*:

Plaintiff(s):

x

Defendant(s):

x